IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSICA GUTTMAN,

    Plaintiff,

v.                                                             No. 1:18-CV-00661    KG/KBM

NEW MEXICO STATE POLICE and
KEVIN SMITH, and JERRY DELGADO,

    Defendants.

## ORDER REMANDING CASE TO STATE COURT

THIS MATTER having come before the Court on the Stipulation to Remand Removed Action, filed by the Plaintiff and Defendants; Plaintiff and Defendants having stipulated that there is no federal question; the Court having reviewed the pleadings and being otherwise fully advised in the premises, finds that this matter shall be remanded to State Court.

IT IS THEREFORE AJDUGED AND DECREED that the above-captioned matter is hereby remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico. The parties shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of this matter.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE

LAW OFFICE OF JAMISON BARKLEY, LLC

 /s/ *Jamison Barkley*
Jamison Barkley
316 Garfield Street
Santa Fe, NM  87501
(505) 995-9602
jamison@jamisonbarkley.com

DORIE BIAGIANTI SMITH LAW OFFICE
Dorie Biagianti Smith
316 Garfield Street
Santa Fe, NM  87501
(505) 983-9601
dbiagiantismith@lawyer.com

DISABILITY RIGHTS NEW MEXICO
Alice Liu McCoy
3916 Juan Tabo Blvd. NE
Albuquerque, NM  87111
(505) 256-3100
almccoy@drnm.org
***Attorneys for Plaintiff***


BUTT THORNTON & BAEHR PC

  */s/ Brett C. Eaton*
W. Ann Maggiore
Brett C. Eaton
Attorneys for Defendants
P.O. Box 3170
Albuquerque, NM  87190
 (505) 884-0777
wamaggiore@btblaw.com
bceaton@btblaw.com
***Attorneys for Defendants***